Henry Eimers, Appellee, v. Herman Gussewelle, Appellant.

Opinion filed March 1, 1941.

Hiles & Newell, of Edwardsville, for appellant.

John M. Karns, and Harold J. Bandy, both of East St. Louis, for appellee.

Mr. Justice Dady delivered the opinion of the court.

This is a $19.50 bull calf replevin case started in justice court, tried on appeal in the circuit court and appealed to this court.

There is not involved any question of public interest or any new or unusual proposition of law.

We find no reversible error.

*Affirmed.*